## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

MAZDAK POURABDOLLAH
TOOTKABONI and
ARGHAVAN LOUHGHALAM,

                                Case No.17-10154

           *Petitioners,*

               v.

DONALD TRUMP, President of the United
States; U.S. DEPARTMENT OF
HOMELAND SECURITY ("DHS"); U.S.
CUSTOMS AND BORDER PROTECTION
("CBP"); JOHN KELLY, Secretary of DHS;
KEVIN K. MCALEENAN, Acting
Commissioner of CBP; and WILLIAM
MOHALLEY, Boston Field Director, CBP,

           *Respondents.*

## ASSENTED-TO MOTION TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT

       Petitioners Mazdak Pourabdollah Tootkaboni and Arghavan Louhghalam respectfully move for a two-day extension of their deadline to file an amended complaint. In support of this motion, petitioners state:

       1.     Petitioners filed a petition for writ of habeas corpus and complaint for declaratory and injunctive relief on January 28, 2017.

       2.     On an emergency basis, this Court held a hearing on January 28-29, 2017, and issued a temporary restraining order setting a deadline of January 30, 2017, for petitioners to file an amended complaint.

*Motion allowed. s/NMGorton, USDJ 1/31/17*