United States District Court
District of Massachusetts

```
_____
                                   )
Arghavan Louhghalam and Mazdak     )
Pourabdollah Tootkaboni.           )
                                   )
            Petitioners,           )
                                   )
        v.                         )   Civil Action No.
                                   )   17-10154-NMG
Donald J. Trump, President of      )
the United States, et al.          )
                                   )
            Respondents.           )
                                   )
_____)
```

ORDER

GORTON, J.

Pursuant to the Temporary Restraining Order ("TRO", Docket No. 6) entered by United States District Judge Allison D. Burroughs and United States Magistrate Judge Judith Gail Dein on January 29, 2017, a hearing on the status of the TRO will be held in Courtroom 4 on Friday, February 3, 2017, at 11:00 A.M..

So ordered.

                                      /s/ Nathaniel M. Gorton
                                      Nathaniel M. Gorton
                                      United States District Judge

Dated January 31, 2017