United States District Court
District of Massachusetts

```
_____
                               )
Arghavan Louhghalam and Mazdak )
Pourabdollah Tootkaboni.       )
                               )
        Petitioners,           )
                               )
        v.                     )   Civil Action No.
                               )   17-10154-NMG
Donald J. Trump, President of  )
the United States, et al.      )
                               )
        Respondents.           )
                               )
_____)
```

ORDER

GORTON, J.

  Because petitioners have not provided sufficient reason why an exception should be made to the Federal Rule of Civil Procedure which specifically limits access to electronic files in immigration cases, their motion to permit electronic access to case filings (Docket No. 14) is **DENIED.** See Fed. R. Civ. P. 5.2(c).

**So ordered.**

                                                        /s/ Nathaniel M. Gorton
                                                     Nathaniel M. Gorton
                                                     United States District Judge

Dated January 31, 2017