# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

ARGHAVAN LOUHGHALAM and
MAZDAK POURABDOLLAH TOOTKABONI
    *Plaintiff-Petitioners,*

FATEMEH YAGHOUBI MOGHADAM,
BABAK YAGHOUBI MOGHADAM,
ALI SANIE, ZAHRASADAT MIRRAZI
RENANI, LEILY AMIRSARDARY, and
OXFAM AMERICA, INC.
    *Plaintiffs,*

    v.

No.17.cv-10154-NMG

DONALD TRUMP, President of the United
States; U.S. DEPARTMENT OF HOMELAND
SECURITY ("DHS"); U.S. CUSTOMS AND
BORDER PROTECTION ("CBP"); JOHN
KELLY, Secretary of DHS; KEVIN K.
MCALEENAN, Acting Commissioner of CBP;
and WILLIAM MOHALLEY, Boston Field
Director, CBP,
    *Defendants.*

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Assistant Attorney General Genevieve C. Nadeau, as counsel for proposed Plaintiff-Intervenors Commonwealth of Massachusetts and the University of Massachusetts in the above-captioned matter.  This notice is not intended to affect the appearances of any other attorneys who have appeared in this case (including those of other attorneys of Office of the  Attorney General).

COMMONWEALTH OF MASSACHUSETTS
UNIVERSITY OF MASSACHUSETTS

ATTORNEY GENERAL
MAURA HEALEY

*/s/ Genevieve C. Nadeau*
Elizabeth N. Dewar, BBO# 680722
Genevieve C. Nadeau, BBO# 677566
Jonathan B. Miller, BBO# 663012
Assistant Attorneys General
One Ashburton Place
Boston, MA 02108
617-963-2204 (Dewar)
617-963-2121 (Nadeau)
617-963-2073 (Miller)
Bessie.Dewar@state.ma.us
Genevieve.Nadeau@state.ma.us
Jonathan.Miller@state.ma.us

February 2, 2017