IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARGHAVAN LOUHGHALAM, et al., ) | |
| ) | |
| Petitioners/Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:17-cv-10154 |
| ) | |
| DONALD TRUMP, President of the ) | |
| United States, et al., ) | |
| ) | |
| Respondents/Defendants. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION
TO CONTINUATION OF TEMPORARY RESTRAINING ORDER**

Respondents/Defendants ("Defendants" or "the Government"), by and through counsel, hereby move for an extension of time under Fed. R. Civ. P. 6(b) to file an opposition to the continuation of the Temporary Restraining Order entered on January 29, 2017 until 12:00 a.m. on February 3, 2017. Defendants state that good cause for such an extension exists:

1. On January 29, 2017, the Court issued a Temporary Restraining Order ("TRO"), which is set to expire on February 5, 2017 (ECF No. 6).

2. On February 1, 2017, after an assented-to extension of time, Petitioners/Plaintiffs ("Plaintiffs") filed an amended complaint (ECF No. 28).

3. Also on February 1, 2017, this Court directed Defendants, if they intend to oppose the continuation of the TRO, to file a written response on or before 12:00 noon today, February 2, 2017 (ECF No. 36).

4. Defendants are diligently working on a thorough opposition to continuation of the TRO, but request a brief extension of time, until 12:00 a.m. on February 3, 2017, to file their opposition.

*Motion for extension of time allowed, in part, and denied, in part; the government shall have until 5:00 p.m. on Thurs., Feb 2, 2017 to file its opposition, if any.*

*/s/ NMGorton, USDJ 2/2/17*