

February 2, 2017

The Honorable Nathaniel M. Gorton
US District Court
One Courthouse Way
Boston, MA
RE: Case No. 17-cv-10154-NMG

To Your Honor:

I am a reporter with The Boston Globe. I am writing in regards to case No. 17-cv-10154-NMG, and I am asking Your Honor to consider videotaping and publicly broadcasting the case proceedings scheduled for Friday, Feb. 3, as well as any subsequent proceedings, from your courtroom.

This request is based on a pilot program the US District Court in Massachusetts participated in beginning in 2011, one of 14 districts from across the country to take part, that allowed for the videotaping and broadcasting of public proceedings in civil cases. Though the tenure of the pilot program has expired, I understand the court and its staff still has the ability to quickly and easily mobilize its electronic equipment to enable the broadcasting of proceedings. I understand, for instance, that the videotaping equipment was easily moved from one courtroom to another to allow for closed-circuit feeds in trials related to the New England Compounding Center meningitis outbreak, and the Boston Marathon bombing.

The conditions enabling the pilot program necessitated approval of both parties as well as the court, and I expect the conditions would remain the same. That said, discussion can only take place under Your Honor's judicial review, and I ask Your Honor to consider this request. The importance of this high-profile case and the public's interest in it underline the benefit of broadcasting the proceedings, and outweighs the minimum inconvenience in mobilizing the videotaping equipment.

Thank you in advance for your time.

Milton J. Valencia

Metro Reporter
The Boston Globe