# EXHIBIT 1

**THE WHITE HOUSE**

WASHINGTON

February 1, 2017

MEMORANDUM TO THE ACTING SECRETARY OF STATE, THE ACTING ATTORNEY
GENERAL, AND THE SECRETARY OF HOMELAND SECURITY

FROM:        Donald F. McGahn II – Counsel to the President

SUBJECT:      Authoritative Guidance on Executive Order Entitled "Protecting the Nation from
Foreign Terrorist Entry into the United States" (Jan. 27, 2017)

Section 3(c) of the Executive Order entitled "Protecting the Nation from Foreign Terrorist
Entry into the United States" (Jan. 27, 2017) suspends for 90 days the entry into the United States
of certain aliens from countries referred to in section 217(a)(12) of the Immigration and Nationality
Act (INA), 8 U.S.C. 1187(a)(12).  Section 3(e) of the order directs the Secretary of Homeland
Security, in consultation with the Secretary of State, to submit to the President a list of countries
recommended for inclusion on a Presidential proclamation that would prohibit the entry of certain
foreign nationals from countries that do not provide information needed to adjudicate visas,
admissions, or other benefits under the INA.

I understand that there has been reasonable uncertainty about whether those provisions
apply to lawful permanent residents of the United States.  Accordingly, to remove any confusion,
I now clarify that Sections 3(c) and 3(e) do not apply to such individuals.  Please immediately
convey this interpretive guidance to all individuals responsible for the administration and
implementation of the Executive Order.