UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

MAZDAK POURABDOLLAH TOOTKABONI
and ARGHAVAN LOUHGHALAM,
                *Plaintiff-Petitioners,*

FATEMEH YAGHOUBI MOGHADAM,
BABAK YAGHOUBI MOGHADAM, ALI
SANIE, ZAHRASADAT MIRRAZI
RENANI, LEILY AMIRSARDARY, and
OXFAM AMERICA, INC.
                *Plaintiffs,*

              v.                      No.17-cv-10154-NMG

DONALD TRUMP, President of the United States,
et al. ; U.S. DEPARTMENT OF HOMELAND
SECURITY ("DHS"); U.S. CUSTOMS AND
BORDER PROTECTION ("CBP"); JOHN KELLY,
Secretary of DHS; KEVIN K. McALEENAN,
Acting Commissioner of CBP; and WILLIAM
MOHALLEY, Boston Field Director, CBP,
                *Defendants.*

**PLAINTIFF-PETITIONERS' AND PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE IN SUPPORT OF CONTINUATION OF TEMPORARY RESTRAINING ORDER AND TO SET BRIEFING SCHEDULE FOR EXPEDITED PRELIMINARY INJUNCTION**

      Plaintiff - Petitioners Arghavan Louhghalam and Mazdak Pourabdollah Tootkaboni and

Plaintiffs Fatemeh Yaghoubi Moghadam, Babak Yaghoubi Moghadam, Ali Sanie, Zahrasadat

Mirrazi Renani, Leily Amirsardary, and Oxfam America, Inc. (collectively, "Plaintiffs")

respectfully request permission to file the attached Reply Memorandum in Support of

1

Continuation of Temporary Restraining Order and to Set Briefing Schedule for Expedited Preliminary Injunction.

As grounds therefor, Plaintiffs state that Defendants did not inform Plaintiffs until earlier today as to whether they would oppose extending the TRO, and that the TRO was based on the Complaint prior to its amendment.

Respectfully submitted,

/s/ Susan Church
Susan Church (BBO #639306)
Derege Demissie (BBO #637544)
Heather Yountz (BBO # 669770)
DEMISSIE & CHURCH
929 Mass. Ave., Suite 1
Cambridge, MA 02139
(617) 354-3944

/s/ Kerry E. Doyle
Kerry E. Doyle (BBO #565648)
GRAVES & DOYLE
100 State Street, 9th Floor
Boston, MA 02109
(617) 216-1248

/s/ Michael S. Gardener
Michael S. Gardener (BBO #185040)
Elizabeth B. Burnett (BBO #066120)
Peter A. Biagetti (BBO #042310)
Susan M. Finegan (BBO #559156)
Andrew N. Nathanson (BBO #548684)
Susan J. Cohen (BBO #546482)
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
smfinegan@mintz.com

/s/ Matthew R. Segal
Matthew R. Segal (BBO #654489)
Sarah Wunsch (BBO #548767)
Jessie J. Rossman (BBO #670685)
Laura Rotolo (BBO #665247)
Adriana Lafaille (BBO #680210)
ACLU FOUNDATION OF
MASSACHUSETTS
211 Congress Street
Boston, MA 02110
(617) 482-3170
msegal@aclum.org

Date: February 3, 2017

## CERTIFICATE OF SERVICE

I, Michael S. Gardener, hereby certify that the foregoing document will be filed through the ECF system on February 3, 2017, which will cause counsel for all parties to be electronically served.

Respectfully submitted,

/s/ Michael S. Gardener
Michael S. Gardener

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

I, Matthew R. Segal, hereby certify that I attempted to confer with counsel for the defendants in an effort to resolve or narrow the issues raised by this motion.

Date: February 3, 2017            /s/ Matthew R. Segal
                                  Matthew R. Segal