# Exhibit F

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

ARGHAVAN LOUHGHALAM and,
MAZDAK POURABDOLLAH TOOTKABONI
                *Plaintiff-Petitioners,*

FATEMEH YAGHOUBI MOGHADAM,
BABAK YAGHOUBI MOGHADAM, ALI
SANIE, ZAHRASADAT MIRRAZI
RENANI, LEILY AMIRSARDARY, and
OXFAM AMERICA, INC.
                *Plaintiffs,*

       v.                                No.17-cv-10154-NMG

DONALD TRUMP, President of the United States;
U.S. DEPARTMENT OF HOMELAND
SECURITY ("DHS"); U.S. CUSTOMS AND
BORDER PROTECTION ("CBP"); JOHN KELLY,
Secretary of DHS; KEVIN K. McALEENAN,
Acting Commissioner of CBP; and WILLIAM
MOHALLEY, Boston Field Director, CBP,
                *Defendants.*

## AFFIDAVIT OF LEILY AMIRSARDARY

I, Leily Armirsardary, state the following under penalty of perjury:

    1.    I am an Iranian national and a lawful nonimmigrant in F-1 status, residing in Boston, Massachusetts.

2. I was born in Iran and attended high school in France, where I am a resident. I attended Wellesley College in Massachusetts on an F-1 student visa, and graduated from Wellesley with a bachelor's degree in 2016.

3. I obtained Optional Practical Training ("OPT") in July 2016 through U.S. Citizenship and Immigration Services.

4. In 2016, I founded Anara, a Boston-based women's luxury footwear startup company that produces shoes and regionally-inspired accessories. Anara is hoping to launch its first line of products in June 2017.

5. Anara is funded by U.S and foreign investors, and will soon join a university affiliated incubator, the Harvard Innovation Lab. In addition, Anara currently receives some operational support from Harvard Business School students. The company is on track to raise a convertible note from angel investors and venture capital groups. Several United States-based angel investors have already committed to investing, and investment will begin in the coming weeks.

6. Once successfully launched, Anara will hire its own employees. Currently, however, I am solely responsible for nearly every aspect of Anara's operations, ranging from designing the products to raising capital for the company.

7. I have worked tirelessly to build Anara, and the company is a few short months from being able to launch its products.

8. Anara's test products (currently limited to footwear) are manufactured in Italy. It is crucial that I travel to Italy every six to eight weeks to source materials for Anara and oversee its manufacturing process. Before the EO, I was legally entitled to, and did, travel from

the United States to and from Italy to conduct business for Anara. I last traveled there in November 2016, and I must travel again to Italy to source materials and oversee the manufacturing process for Anara no later than March, 2017.

9. Anara's business plan also includes sourcing materials from and working with manufacturers from Spain, India and Thailand. Prior to launching these types of products, it is crucial that I be able to travel to other destinations to source these products and accessories.

10. My regular travel to outside of the United States, and my right to return to the United States after my travel, is crucial to the success of my small business Anara.

11. As a consequence of the EO, however, I am refraining from traveling abroad because I am afraid I will be unable to return.

12. I have always entered the United States lawfully, and been inspected and vetted thoroughly by the United States of America. I have never committed a crime, either in Iran or the United States, and I have never engaged in any terrorist activity, nor do I hold any views sympathetic to terrorists or those who wish to harm the United States of America.

Signed this 2nd day of February, 2017 under the pains and penalties of perjury pursuant to the laws of the United States of America.

_____
LEILY AMIRSARDARY

66925958v.1