UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARGHAVAN LOUHGHALAM and, <br> MAZDAK POURABDOLLAH <br> TOOTKABONI <br><br> Plaintiff-Petitioners, <br><br> ZAHRASADAT MIRRAZI RENANI, <br> LEILY AMIRSARDARY, OXFAM <br> AMERICA INC., ALI SANIE, FATEMEH <br> YAGHOUBI MOGHADAM, and <br> BABAK YAGHOUBI MOGHADAM <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, U.S. CUSTOMS <br> AND BORDER PROTECTION, JOHN KELLY, <br> KEVIN K. MCALEENAN, WILLIAM <br> MOHALLEY, and U.S. DEPARTMENT OF <br> HOMELAND SECURITY <br><br> Defendants. | Civil Action No. 1:17-cv-10154-NMG |

**UNOPPOSED MOTION FOR ADMISSION**
***PRO HAC VICE* OF SARAH G. BOYCE, ESQ. FOR**
***AMICI CURIAE* MASSACHUSETTS UNIVERSITIES**

Pursuant to Local Rule 83.5.3(b), the undersigned counsel, Alan D. Rose, of the law firm of Rose, Chinitz & Rose, who is a member of the bar of this Court, hereby moves that Sarah G. Boyce, Esq. of the law firm Munger, Tolles & Olson LLP, 1155 F Street, NW, Washington, DC 20004, be admitted to appear on behalf of the *Amici Curiae* Trustees of Boston College, Trustees of Boston University, Brandeis University, President and Fellows of Harvard College, Massachusetts Institute of Technology, Northeastern University, Trustees of Tufts College, and

Worcester Polytechnic Institute (collectively, "*Amici Curiae* Massachusetts Universities"), and practice before this Court *pro hac vice*.  The Certification of Sarah G. Boyce, Esq. ("Boyce Cert.") is submitted herewith in further support of this Motion.  As grounds for this Motion, Mr. Rose states as follows:

1. Attorney Boyce is a member in good standing of the bar of every jurisdiction in which she is admitted and there are no disciplinary matters pending against her in any jurisdiction in which she is admitted.  Boyce Cert. ¶¶ 2-4;

2. Attorney Boyce has familiarized herself with the Local Rules of this Court. Boyce Cert. ¶ 5;

3. Pursuant to Local Rule 7.1(a)(2), Mr. Rose represents that Attorney Chad Golder of Munger, Tolles & Olson has conferred with counsel for the plaintiffs and counsel for the Commonwealth of Massachusetts, both of whom assent to this motion.  Mr. Rose further represents that Mr. Golder has also conferred with counsel for the defendants, who do not object to the motion's filing.

WHEREFORE, Mr. Rose respectfully requests that Sarah G. Boyce be admitted to practice before this Court *pro hac vice*.

February 3, 2017

*AMICI CURIAE*
MASSACHUSETTS UNIVERSITIES

By their attorney,

/s/ Alan D. Rose
Alan D. Rose (BBO #427280)
Rose, Chinitz & Rose
One Beacon Street, 23rd Floor
Boston, MA  02108
Phone: (617) 536-0040
Fax: (617) 536-4400
adr@rose-law.net

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that on February 2, 2017 counsel for the *Amici Curiae* Massachusetts Universities have conferred with counsel for the plaintiffs and the Commonwealth of Massachusetts, both of whom indicated their assent to this motion. I further certify that counsel for the *Amici Curiae* Massachusetts Universities have conferred with counsel for the defendants, who do not object to the motion's filing.

/s/ Alan D. Rose

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants on February 3, 2017.

/s/ Alan D. Rose