# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

ARGHAVAN LOUHGHALAM and
MAZDAK POURABDOLLAH TOOTKABONI
    *Plaintiff-Petitioners,*

FATEMEH YAGHOUBI MOGHADAM,
BABAK YAGHOUBI MOGHADAM,
ALI SANIE, ZAHRASADAT MIRRAZI
RENANI, LEILY AMIRSARDARY, and
OXFAM AMERICA, INC.
    *Plaintiffs,*

and

COMMONWEALTH OF MASSACHUSETTS
and UNIVERSITY OF MASSACHUSETTS,
    *Plaintiff-Intervenors,*

    v.

DONALD TRUMP, President of the United
States; U.S. DEPARTMENT OF HOMELAND
SECURITY ("DHS"); U.S. CUSTOMS AND
BORDER PROTECTION ("CBP"); JOHN
KELLY, Secretary of DHS; KEVIN K.
MCALEENAN, Acting Commissioner of CBP;
and WILLIAM MOHALLEY, Boston Field
Director, CBP,
    *Defendants.*

No.17-cv-10154-NMG

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the Commonwealth of Massachusetts and the University of Massachusetts hereby dismiss their above-captioned action without prejudice.

COMMONWEALTH OF MASSACHUSETTS and
UNIVERSITY OF MASSACHUSETTS

By their attorneys,

ATTORNEY GENERAL
MAURA HEALEY


*/s/ Elizabeth N. Dewar*
Elizabeth N. Dewar, BBO# 680722
Genevieve C. Nadeau, BBO# 677566
Jonathan B. Miller, BBO# 663012
Assistant Attorneys General
One Ashburton Place
Boston, MA 02108
617-963-2204 (Dewar)
617-963-2121 (Nadeau)
617-963-2073 (Miller)
Bessie.Dewar@state.ma.us
Genevieve.Nadeau@state.ma.us
Jonathan.Miller@state.ma.us

March 9, 2017

## **CERTIFICATE OF SERVICE**

  I, Elizabeth N. Dewar, hereby certify that a true copy of the above document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: March 9, 2017    */s/ Elizabeth N. Dewar*
             Elizabeth N. Dewar